# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| MAXINE HENRY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>TESLA, INC. and TD BANK, N.A. d/b/a TD AUTO FINANCE,<br><br>　　　　　Defendants. | Civil Action No. 1:25-cv-00377 |

## STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TD BANK, N.A. TO RESPOND TO PLAINTIFF'S COMPLAINT

Plaintiff Maxine Henrry ("Plaintiff") and Defendant TD Bank, N.A. ("TD") consent to an order by the Court that TD's time to answer, move, or otherwise respond to the Complaint in this action be extended through and including March 26, 2025, and that any such responsive pleading by that date shall be deemed timely filed. TD was served on February 12, 2025, and its response is currently due March 5, 2025. This request is made for good cause as TD is investigating the allegations in the Complaint and requires additional time before it can respond. The undersigned counsel for TD reached out to counsel for Plaintiff on February 25, 2025, and Plaintiff agreed to the requested extension. No previous extension has been requested.

Dated: February 25, 2025

| | |
|---|---|
| */s/ Daniel J. Vedra* | */s/ Blaec C. Croft* |
| Daniel J. Vedra, Esq. | Blaec C. Croft, Esq. |
| Vedra Law LLC | McGuireWoods LLP |
| 1444 Blake Street | Tower Two-Sixty |
| Denver, CO 80202 | 260 Forbes Avenue, Suite 1800 |
| Telephone: (303) 937-6540 | Pittsburgh, PA 15222 |
| Email: dan@vedralaw.com | Telephone: (412) 667-6057 |
| *Attorney for Plaintiff,* | Email: bcroft@mcguirewoods.com |
| *Maxine Henry* | *Attorney for Defendant,* |
| | *TD Bank, N.A.* |