# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-377-JLK

MAXINE HENRY, an individual,

Plaintiff,

v.

TESLA, INC., a Texas corporation; and TD BANK, N.A, a national banking association d/b/a TD Auto Finance,

Defendants.

---

## MOTION FOR ENTRY OF CLERK'S DEFAULT

---

Pursuant to Fed. R. Civ. P. 55(a), Plaintiff Maxine Henry, an individual ("**Plaintiff**"), hereby requests that the Clerk enter default against Defendant Tesla, Inc., a Texas corporation ("**Tesla**"). As grounds therefor, Plaintiff states as follows.

1. Pursuant to Federal Rule of Civil Procedure 55(a), if the "party against whom the judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown to by affidavit or otherwise, the clerk must enter the party's default." Fed. R. Civ. P. 55(a). A party served with a Complaint and Summons must respond within twenty-one (21) days of being served. See Fed. R. Civ. P. 12(a)(1)(A).

2. Tesla was served with the summons, operative complaint and related documents on February 14, 2025. (Dkt. 6; Declaration of Daniel J. Vedra ¶ 3). As a result of the aforementioned service, Tesla's deadline to respond to the Complaint was March 7, 2025. To date, Tesla has failed to respond or make an appearance in this case. (Vedra Dec., ¶ 4).

WHEREFORE, Plaintiff Maxine Henry respectfully requests that the Clerk enter default against Defendant Tesla, Inc.

Dated: March 11, 2025

**Vedra Law LLC**

By: /s/ Daniel J. Vedra

Daniel J. Vedra
1444 Blake Street
Denver, Colorado 80202
303-937-6540
dan@vedralaw.com
*Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

I certify that the foregoing was served by CM/ECF on all parties who have entered their appearances of record as of the date first written above.

/s/ Daniel J. Vedra
Daniel J. Vedra