**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 25-cv-377-JLK

MAXINE HENRY, an individual,

Plaintiff,

v.

TESLA, INC., a Texas corporation; and TD BANK, N.A, a national banking association d/b/a TD Auto Finance,

Defendants.

---

**DECLARATION OF DANIEL J. VEDRA, ESQ.**

---

I, Daniel J. Vedra, declare under penalty of perjury, as follows:

1. I am an attorney duly authorized and licensed to practice law in the State of Colorado and in the United States District Court for the District of Colorado. I am the attorney of record for Plaintiff Maxine Henry ("Plaintiff"). The facts set forth in this Declaration are based upon my personal knowledge, and if called upon to do so, I could and would competently testify to those facts.

2. I am the attorney handling this action on Plaintiff's behalf. I am familiar with the pleading prepared and filed by our office in connection with this matter, and dall pleadings and correspondence received from, or filed by, other parties.

3. On February 14, 2025, Defendant Tesla, Inc., a Texas corporation ("Tesla"), was served with the summons, operative complaint and related documents.

4. Tesla was obligated to respond to the complaint by March 7, 2025. To date, Tesla has failed to respond to the complaint or make an appearance in this case.

5. Tesla is a business entity and is neither a minor, an incompetent person or serving in the armed forces.

I declare under penalty of perjury under the laws of the United States and the State of Colorado that the foregoing is true and correct and that this declaration was executed at Denver, Colorado.

Dated: March 11, 2025

/s/ Daniel J. Vedra
Daniel J. Vedra