# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Senior Judge John L. Kane

| | |
|---|---|
| Date: July 1, 2025 | Courtroom Deputy: Bernique Abiakam |
| Civil Case No.: 25-cv-00377-JLK | Court Reporter: Sarah Mitchell |

MAXINE HENRY,

    Plaintiff,

v.

TESLA, INC., and
TD BANK, N.A.,

    Defendants.

Daniel J. Vedra

Matthew K. Sidran

## COURTROOM MINUTES

**Scheduling Conference**

**2:05 p.m.     Court in session.**

Court calls case.   Counsel present.

Preliminary remarks by the Court.

The Court admonishes counsel.

**The Court states that the proposed Scheduling and Discovery Order is REJECTED.**

**ORDERED:** The parties shall submit a new Scheduling Order on or before July 11, 2025, as specified on the record.   Further non-compliance with the rules and deadlines shall not be tolerated and will result in sanctions pursuant to Title 28 U.S. Code Section 1927.

**2:10 p.m.     Court in recess.**
Hearing concluded.
Total in-court time:   00:05